IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM T. MORRISON, JR.,**
    Plaintiff,

vs.                                        **CASE NO.: 3:08cv432/RV/MD**

**ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,**
    Defendants.

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 4, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

    DONE AND ORDERED this 17th day of December, 2008.

                                          */s/ Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**